IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
97 JAN 10 PM 3:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JAN 10 1997

| | |
|---|---|
| MOHAMED HAFEZ MOURSI, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 96-G-0731-S |
| ) | |
| THE EDUCATIONAL COMMISSION FOR ) | |
| FOREIGN MEDICAL GRADUATES, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF DISMISSAL

Pursuant to the joint stipulation filed in the above-styled case it is ORDERED, ADJUDGED and DECREED that this cause be, and the same hereby is, DISMISSED with PREJUDICE. Each party is to bear its own costs.

DONE and ORDERED this 10th day of January 1997.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.

21